AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Lungstrum, John W | 2. Court or Organization USDC, District of Kansas | 3. Date of Report 5/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 517 U.S. Courthouse 500 State Avenue Kansas City, KS 66101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Professor from the Judiciary | University of Kansas School of Law (as approved by Chief Judge of my Circuit) |
| 2. Director and officer | Westward Ho, Inc. (corporation which owns █████████ for ███████ in Colorado) |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 29 A 10: 39 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | University of Kansas income for approved teaching | $ $8463.23 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | Expenses for attending Board of Directors meeting, Pentagon City, Virginia ███████ |
| 2. | American College of Trial Lawyers | Expenses for attending conference to speak on decline of jury trials. Colorado Springs, Colorado ██████ |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS (Explanation)

I attended a Board of Directors meeting for the Federal Judges Association in Pentagon City, Virginia May 6-7, 2006. The FJA reimbursed me for the following expenses:

| Expense | Amount |
|---|---|
| Hotel | $253.58 |
| Meals | 47.12 |
| Airfare | 258.60 |
| Transportation from airport to hotel and return | 71.40 |
| Airport parking at KCI | 10.00 |
| Round trip mileage from residence to airport plus highway toll | 49.28 |
| Gratuities | 4.00 |
| Total | $693.98 |

I spoke at a conference for the American College of Trial Lawyers in Colorado Springs, Colorado, November 2-5, 2006. The ACTL reimbursed me for the following expenses:

| Expense | Amount |
|---|---|
| Round trip mileage from residence to Colorado Springs, Colorao | $539.32 |
| Highway toll | 2.30 |
| Meals | 79.46 |
| Hotel parking | 30.00 |
| Gratuities | 20.00 |
| Total | $671.08 |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W | 5/15/2007 |

**V. GIFTS.** *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Morgan Stanley Liquid Asset Fund (Money Mkt) | B | Dividend | K | T | Deps. & W/ds | | | | |
| 2. Morgan Stanley Pacific Growth (Mutual Fund) | A | Dividend | J | T | Div Reinvest | | | | |
| 3. Morgan Stan. Focus Gr Fd f/k/a Am Opp Fund (Mut Fd) | A | Distribution | J | T | Div Reinves | | | | |
| 4. Westar Ener Inc f/k/a Western Resources Inc. (Common stock) | B | Dividend | J | T | Sell | 11-20 | K | C | |
| 5. IRA (See Attachments 1 and 2) | D | Interest | O | T | | | | | |
| 6. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 7. Kansas State DOT (Bond) | B | Interest | K | T | | | | | |
| 8. Lawrence KS GO (Bond) | A | Interest | J | T | | | | | |
| 9. Lawrence KS GO (Bond) | A | Interest | K | T | | | | | |
| 10. Johnson Co Wtr Dist (Bond) | B | Interest | K | T | | | | | |
| 11. Kansas St. Hwy Rev (Bond) | A | Interest | J | T | | | | | |
| 12. Johnson Co Rev (Bond) | A | Interest | J | T | | | | | |
| 13. Derby GO (Bond) | B | Interest | K | T | | | | | |
| 14. Kansas St Dev U (Bond) | B | Interest | K | T | | | | | |
| 15. Burligton Envr (Bond) | A | Interest | K | T | | | | | |
| 16. Johnson Co Pk & Rec (Bond) | A | Interest | J | T | | | | | |
| 17. Topeka KS GO (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  Coffeyville Electric Utility (Bond) | A | Interest | J | T | | | | | |
| 19.  Johnson Co Wtr Dist (Bond) | A | Interest | J | T | | | | | |
| 20.  Independent Bank (CD) | A | Interest | L | T | Buy | 11-27 | L | | |
| 21.  Discover Bank (CD) | A | Interest | K | T | Buy | 7-12 | K | | |
| 22.  Colonial Investment GDM7 (Bond) | A | Interest | K | T | Buy | 2-22 | K | | |
| 23. | | None | | | | | | | |
| 24. | | None | | | | | | | |
| 25. | | None | | | | | | | |
| 26. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W | 5/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:
I have treated the stock dividend reinvestment programs (lines 2 and 3) as exempt because they merely represent a change in the form of the asset.

With regard to the IRA (line 5), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date **May 15, 2007**

ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**John W. Lungstrum**
**District of Kansas**

May 15, 2007

**VII. Investments and Trusts continued**

**Listing of assets in rollover IRA as of 31 December, 2006**

| Description of Assets | Value Code | Value Method |
|---|---|---|
| US T Bd Fed Strip (Zero coupon treasury) | K | T |
| MSDW Liq. Asset (Money market fund) | J | T |
| MSDW Mid-Cap Growth FD (Mutual Fund) | K | T |
| Select Future Fund (Mutual Fund) | K | T |
| MSDW Real Estate Fund (Mutual Fund) | K | T |
| MSIF Small Cap Value Instl (Mutual Fund) | K | T |
| MSDW International Fund D (Mutual Fund) | K | T |
| Sempra Energy (Bond) | J | T |
| General Motors Acceptance Corp. (Bond) | J | T |
| May Dept. Stores Co. (Note) | K | T |
| Financing Corp. Ser 1 (Treasury) | J | T |
| Financing Corp. Ser D (Treasury) | J | T |
| MSDW S&P 500 Index (Mutual Fund) | K | T |
| Van Kampen Comstock I (Mutual Fund) | L | T |
| Fidelity Advisor Mid Cap A (Mutual Fund) | K | T |
| Ing Int'l Value A (Mutual Fund) | K | T |
| Janus Mid Cap Value FD (Mutual Fund) | K | T |
| S&P 500 Index Fund D (Mutual Fund) | L | T |

| Description of Assets | Value Code | Value Method |
|---|---|---|
| MSDW High Yield Securities B (Mutual Fund) | J | T |
| MSDW S&P 500 Index Fund B (Mutual Fund) | J | T |
| Davis New York Venture A (Mutual Fund) | K | T |
| RS Partners Fund (Mutual Fund) | J | T |
| SBC Communications Inc. (Bond) | J | T |
| MSDW Equally Weighted S&P 500 (Mutual Fund) | K | T |
| Oppenheimer Int'l Bond FD (Mutual Fund) | K | T |
| Canada Government (Bond) | K | T |
| EV Income Fund of Boston A (Mutual Fund) | J | T |
| Fidelity ADV DVRSFD Int'l A (Mutual Fund) | K | T |
| Forward Hoover Sm Cap Eqi Inv (Mutual Fund) | J | T |
| Ivy Large Cap GRWA (Mutual Fund) | K | T |
| Oppenheimer Developing MktsA (Mutual Fund) | J | T |
| Phoenix Real Estate Sec A (Mutual Fund) | J | T |
| MS Charter Graham (Mutual Fund) | J | T |
| MS Charter Aspect L (Mutual Fund) | J | T |
| MS Spectrum Tech (Mutual Fund) | J | T |

May 15, 2007

| Description of Assets | Type | Date | Value Code | Gain Code |
|---|---|---|---|---|
| Oppenheimer Int'l Bond FD (Mutual Fund) | Buy | 07/07/06 | K | |
| Templeton Developing Mkts Fund A (Mutual Fund) | Sell | 01/23/06 | J | A |
| Canada Government (Bond) | Buy | 02/21/06 | K | |
| Allianz NFJ Sm-Cap Value A (Mutual Fund) | Sell | 02/16/06 | K | B |
| Davis Real Estate A (Mutual Fund) | Sell | 02/16/06 | J | B |
| Drefus Appreciation Fund (Mutual Fund) | Sell | 02/16/06 | K | B |
| Evergreen Int'l GRFCLA (Mutual Fund) | Sell | 02/16/06 | K | B |
| Pimco High Yield Fund A (Mutual Fund) | Sell | 02/16/06 | J | A |
| EV Income Fund of Boston A (Mutual Fund) | Buy | 02/16/06 | J | |
| Fidelity ADV DVRSFD Int'l A (Mutual Fund) | Buy | 02/16/06 | K | |
| Forward Hoover Sm Cap Eqi Inv (Mutual Fund) | Buy | 02/16/06 | K | |
| Ivy Large Cap GRW A (Mutual Fund) | Buy | 02/16/06 | K | |

| Description of Assets | Type | Date | Value Code | Gain Code |
|---|---|---|---|---|
| Oppenheimer Developing Mkt A (Mutual Fund) | Buy | 02/16/06 | J | |
| Phoenix Real Estate Sec A | Buy | 02/16/06 | J | |
| MSDW International Value Equity FD B (Mutual Fund) | Sell | 02/14/06 | J | A |
| MSDW International Value Equity Fund (Mutual Fund) | Sell | 02/14/06 | J | A |
| MSDW Value Fund B (Mutual Fund) | Sell | 07/10/06 | J | A |
| MS Charter Graham (Mutual Fund) | Buy | 07/14/06 | J | |
| MS Charter Aspect L (Mutual Fund) | Buy | 07/14/06 | J | |
| Cornerstone Fund (Mutual Fund) | Sell | 03/14/06 | J | A |
| MS Spectrum Tech (Mutual Fund) | Buy | 03/14/06 | J | |
| Spectrum Global Bal (Mutual Fund) | Sell | 08/14/06 | J | A |
| MSDW Value Added Equity (Mutual Fund) | Sell | 02/14/06 | K | A |
| | | | | |
| | | | | |
| | | | | |